UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>CERVANDO BAUTISTA-PASCAL,<br><br>    Defendant. | No. CR-05-2041-FVS<br><br>ORDER |

**THE DEFENDANT** having come before the Court for sentencing on September 8, 2005; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for downward departure (Ct. Rec. 32) is granted to the extent indicated by the Court at sentencing.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___14th___ day of September, 2005.

                s/ Fred Van Sickle
                   Fred Van Sickle
            United States District Judge

ORDER- 1